IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 85-L-03 |
| vs. | ) | |
| | ) | MOTION |
| RODNEY ALLEN GLEASON | ) | |
| Defendant, | ) | |

FILED
DISTRICT OF NEBRASKA
AT_____M
MAR 2 5 1985-52
William L. Olson, Clerk
By_____Deputy

85-1366

Comes now the Plaintiff, United States of America, by and through its attorneys Ronald D. Lahners, United States Attorney for the District of Nebraska, and Paul D. Boeshart, Assistant United States Attorney for said District, and moves the Court make the pre-sentence investigation a part of the record in this case so these materials will be available to the Eighth Circuit Court of Appeals. Plaintiff further moves these above-described materials be sealed from public inspection.

UNITED STATES OF AMERICA

By: RONALD D. LAHNERS
United States Attorney
District of Nebraska

And: _____
PAUL D. BOESHART
Assistant U.S. Attorney
530 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
(402) 471-5241

IT IS SO ORDERED.

Dated this 25th day of March, 1985.

_____
Chief Judge

## CERTIFICATE OF SERVICE

I, Paul D. Boeshart, hereby certify that a true and correct copy of the foregoing was served on the following by mailing same this 21st day of March, 1985:

Duane L. Nelson
1625 South 16th, #1
Lincoln, NE 68502

_____
PAUL D. BOESHART
Assistant U. S. Attorney